SHARPE, administratrix, v. STEWART.

GRICE, Justice. On application of the law embodied in the Code, § 85-407, which in effect declares that adverse possession of lands under written evidence of title, for seven years, shall give a title by prescription, there was no error in overruling the motion for new trial based on the general grounds, the verdict being in favor of the defendant in possession.

*Judgment affirmed. All the Justices concur.*

No. 14490. MARCH 11, 1943.

611

*D. W. Krauss* and *H. H. Elders,* for plaintiff.
*John P. Rabun* and *M. W. Eason,* for defendant.